Staffioney CAMPBELL,
Plaintiff–Appellant,

v.

Joann ANDERSON, President, Southeastern Regional Medical Center; Amy Hammonds; James McLeod; Jessica Taylor; Jackie Strickland; Dean Ruth; Lynn Wheatley; Southeastern Regional Medical Center, Defendants–Appellees.

No. 14–2265.

United States Court of Appeals, Fourth Circuit.

Submitted: April 23, 2015.

Decided: April 27, 2015.

Staffioney Campbell, Appellant Pro Se. Benton Louis Toups, Cranfill, Sumner & Hartzog, LLP, Wilmington, North Carolina, for Appellees.

Before SHEDD, DUNCAN, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Staffioney Campbell appeals the district court's order dismissing her employment discrimination complaint and denying her motion to amend the complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Campbell v. Anderson*, No. 7:14–cv–00040–BO (E.D.N.C. Oct. 17, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*